vacate the default judgment had expired. Supreme Court Rule 303(a), 43 Ill.2d Rule 303(a).

■■ As regards the merits of the order dismissing the cause for want of prosecution, the record merely shows that, after the cause had duly been assigned for trial, plaintiff appeared in open court by her counsel and then refused to proceed with the presentation of her case. Under these circumstances, the court had no alternative but to dismiss the cause for want of prosecution. The orders appealed from are affirmed.

Orders affirmed.

BURKE and LYONS, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES JONES, Defendant-Appellant.

(No. 56308; )

First District—August 14, 1972.

Opinion by Mr. JUSTICE BURMAN.

Thomas J. Grippando, of Community Legal Counsel, and William G. Grady, both of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and S. Paul Naselli, Assistant State's Attorneys, of counsel,) for the People.